179 U.S. 86
 21 S.Ct. 28
 45 L.Ed. 100
 WILLIAM W. HUBBELL, Appt.,
v.
UNITED STATES.
 No. 198, Oct. Term, 1897.
 
 1
 Leave granted to submit petition for rehearing May, 31, 1898.
 
 
 2
 Denied October 22, 1900.
 
 
 3
 ON PETITION for a rehearing of the decision in 171 U. S. 203, 43 L. ed. 136, 18 Sup. Ct. Rep. 828, affirming a judgment of the Court of Claims dismissing a petition against the United States for infringement of a patent. Petition denied.
 
 
 4
 See same case below, 31 Ct. Cl. 464.
 
 
 5
 See, further, the statement of facts in the case preceding.
 
 
 6
 Petition for rehearing.